# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

RECEIVED
BY MAIL

MAR 25 2005

CLERK, US DIST. COURT
ST. PAUL, MN

No. 04-3959

Lee Arthur Callender, *
*
Appellant, *
*
vs. * Appeal from the United States
* District Court for the
United States of America, * District of Minnesota
*
Appellee. *

CR 01-107 RHK/JMM

Before MURPHY, BYE, and SMITH, Circuit Judges

**JUDGMENT**

This appeal comes before the court on appellant's application for a certificate of appealability. The court has carefully reviewed the original file of the district court, and the application for a certificate of appealability is denied. The appeal is dismissed.

(5361-010199)

January 21, 2005

Order Entered at the Direction of the Court:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

SCANNED
MAR 25 2005
U.S. DISTRICT COURT ST. PAUL