# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

1898016

William K. Suter
Clerk of the Court
(202) 479-3011

FILED

MAY 2 - 2005

MICHAEL GANS
CLERK OF COURT

April 28, 2005

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

RECEIVED
BY MAIL
MAY - 6 2005
CLERK, US DIST. COURT
ST. PAUL, MN

Re: Lee Arthur Callender
v. United States
No. 04-9884
(Your No. 04-3959)

CR 01-107 RHK/JMM

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on April 21, 2005 and placed on the docket April 28, 2005 as No. 04-9884.

Sincerely,

**William K. Suter**, Clerk

by Melissa Blalock

Melissa Blalock
Case Analyst

RE
MAY 2 2005
U.S. DI
EIG

SCANNED
MAY 0 9 2005
U.S. DISTRICT COURT ST. PAUL