# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

FILED
JUN 6 2005
MICHAEL GANS
CLERK OF COURT

CR-01-107 RHK/JMM

May 31, 2005

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

Re: Lee Arthur Callender
v. United States
No. 04-9884
(Your No. 04-3959)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**William K. Suter**, Clerk

RECEIVED
BY MAIL
JUN 10 2005
CLERK, US DIST. COURT
ST. PAUL, MN

SCANNED
JUN 10 2005
U.S. DISTRICT COURT ST. PAUL

RECEIVED
JUN 6 2005
U.S. COURT OF APPEALS
EIGHTH CIRCUIT